UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRY JAMES MARSHALL,

    Petitioner,

v.                                           Case No. 6:06-cv-1596-Orl-31DAB

JAMES R. MCDONOUGH, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following matters:

1.    Petitioner's Motion to Strike Respondents' November 14, 2006, Notice of Appear (Doc. No. 13) is **DENIED.** The Court notes that Respondents filed a notice of appearance in this case on January 5, 2007 (Doc. No. 17).

2.    Petitioner's Motion for a Status Report (Doc. No. 15) is **GRANTED** to the extent that *the Clerk of the Court is directed to send Petitioner a copy of the docket sheet for this case*.

3.    Petitioner's Motion for Evidentiary Hearing (Doc. No. 16) is **DENIED**.

4.    Petitioner's computer printout, filed on October 5, 2006, does not contain all the transactions in his prisoner account for the three (3) months preceding the filing of his petition. If there have not been any transactions in the prison account during this period, an authorized officer or petitioner in a notarized statement must state the following: "There have not been any deposits or withdrawals in this prisoner's account for the period from _____ to _____." (Fill in blanks). Further, if petitioner did not have a prison account for this period of time, an authorized officer or petitioner in a notarized statement must inform the Court. Petitioner must submit a

computer printout prepared by the institution, a bank ledger card prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all the transactions in his prisoner account for the period from July 5, 2006, through October 5, 2006 (the three months preceding the filing of his petition). Failure to do so within **TWENTY (20) DAYS** from the date of this order will result in the dismissal of this action without further notice.

        **DONE AND ORDERED** at Orlando, Florida, this 17th day of January, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 1/17
Harry James Marshall